# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 9:22-cv-81506-DMM

IPN, LLC, a Florida limited liability company,

        Plaintiff,

v.

POSABIT, INC., a Washington corporation,
ATTITUDE WELLNESS, LLC, a Michigan
limited liability company, GREEN SUNRISE
PRODUCTS, LLC, a Michigan limited liability
company, JAMIE STERLING, an individual,
SETH HOUK, an individual, SABA SHAMON,
an individual, and DOE DEFENDANTS 1-10,

        Defendants.

_____

## <u>DEFENDANT POSABIT US, INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Defendant POSaBIT US, Inc. (erroneously named as POSaBIT, Inc.) ("POSaBIT")

submits this statement pursuant to Fed. R. Civ. P. 7.1.  POSaBIT is a wholly owned subsidiary of

POSaBIT Systems Corp., a publicly traded corporation.

DATED this 5th day of October, 2022.

**<u>Deanna K. Shullman</u>**
Deanna K. Shullman (FBN 514462)
Minch Minchin (FBN 1015950)
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Tel: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: mminchin@shullmanfugate.com


Jonathan B. Engel (*pro hac vice* application
pending)
DAVIS WRIGHT TREMAINE LLP
Suite 500 East
1301 K Street NW
Washington, D.C. 20005

Tel: (202) 973-4219
Fax: (202) 973-4499
Email: JonathanEngel@dwt.com

*Attorneys for Defendant POSaBIT US, Inc.*